UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

JAMES M. WAGY,

     Plaintiff,

v.

SCOTT J. ISRAEL, as SHERIFF of
BROWARD COUNTY, Florida

     Defendants.
_____/

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, SCOTT ISRAEL, in his official capacity as Sheriff of Broward County, a political subdivision of Broward County, ("BSO"), Defendant Hector Rodriguez, Individually, ("Deputy H. Rodriguez"), Defendant Mouda Mashnouk, Individually, ("Deputy Mashnouk") and Defendant John Rodriguez ("Deputy J. Rodriguez") (hereinafter collectively referred to as "Defendants") by and through their undersigned counsel, hereby remove this action from the Circuit Court in and for Broward County, Florida, to the United States District Court for the Southern District of Florida.

Removal is based on federal question jurisdiction because a federal question appears on the face of the Amended Complaint filed by James M. Wagy ("Plaintiff"). In support of this Notice, Defendants state as follows:

**I. THE STATE COURT ACTION**

     1.     On April 15, 2016, this case was commenced by Plaintiff filing a Complaint ("Complaint") in the Seventeenth Judicial Circuit in and for Broward County, Florida, entitled *James M. Wagy v. BSO*, as Case No. CACE-16-006972 ("State Court Action"). In accordance

with 28 U.S.C. § 1446(a), a copy of all process, pleadings and orders received by BSO in the State Court Action is attached hereto as composite **Exhibit A**.

2. On October 3, 2017, Plaintiff filed his First Amended Complaint. In accordance with 28 U.S.C. § 1446(a), a copy of all process, pleadings and orders received by Defendants in the State Court Action is attached hereto as Composite **Exhibit B**.

3. In the First Amended Complaint, Plaintiff alleges: Count I – False Arrest/False Imprisonment against BSO (state law claim) and Count II - Section 1983 violation of the Fourth Amendment against Deputy Rodriguez, Deputy Mashnouk, and Deputy J. Rodriguez. The First Amended Complaint added the Section 1983 violation.

## II. <u>THIS NOTICE OF REMOVAL IS TIMELY FILED</u>

4. The First Amended Complaint filed in the State Court Action is a civil action within the meaning of the Acts of Congress relating to removal of causes.

5. On or about October 13, 2017 undersigned counsel accepted service on behalf of Deputy Rodriguez, Deputy Mashnouk, and Deputy J. Rodriguez.

6. The removal of this action to this Court is timely under 28 U.S.C. § 1446(b) because this Notice of Removal is filed within thirty (30) days after October 13, 2017, which is the date BSO, Hector Rodriguez, Mouda Mashnouk, and John Rodriguez accepted service in this action.

7. The United States District Court for the Southern District of Florida is the proper place to file this Notice of Removal under 28 U.S.C. § 1441(a) because it is the federal district court that embraces the place where the original state court action was filed and is pending.

### III. THIS COURT HAS FEDERAL QUESTION JURISDICTION

8. Plaintiff's First Amended Complaint alleges Count I – False Arrest/False Imprisonment against BSO (state law claim) and Count II - Section 1983 violation of the Fourth Amendment against Deputy Rodriguez, Deputy Mashnouk, and Deputy J. Rodriguez. The First Amended Complaint added the Section 1983 violation. Therefore, federal question jurisdiction exists over Plaintiff's claims Under 42 U.S.C. § 1983 because the resolution of Plaintiff's claims will require adjudication of disputed questions of federal law.

9. To the extent the Complaint alleges statutory, state common law or other nonfederal claims, this Court has supplemental jurisdiction over any such claims under 42 U.S.C. § 1983 because those claims arise out of the same operative facts as Plaintiff's claims under federal claims and "form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367(a).

10. Because Plaintiff's federal claim arises under the laws of the United States, removal of this entire cause of action is therefore appropriate under 28 U.S.C. § 1441(a)-(c).

### IV. NOTICE OF REMOVAL PROVIDED TO THE CIRCUIT COURT OF BROWARD COUNTY, FLORIDA.

11. Concurrently with this Notice of Removal, Defendants will file a copy of this Notice with the Circuit Court in and for Broward County, Florida. A copy of the written notice of the Notice of Removal to Federal Court filed in the State Court Action is attached hereto as **Exhibit C**. In accordance with 28 U.S.C. § 1446(d), Defendants will give written notice to Plaintiff by contemporaneously serving this Notice of Removal on Plaintiff.

12. If any question arises as to the propriety of the removal of this action, Defendants respectfully request the opportunity to present a brief and oral argument in support of its position that this case is removable. *See Sierminski v. Transouth Fin. Corp.*, 216 F.3d 945, 949 (11th Cir.

2000) (announcing general rule that post-removal evidence in assessing removal jurisdiction may be considered by the Court).

## V. CONCLUSION

For the foregoing reasons, Defendants, Scott Israel, in his official capacity as Broward County Sheriff, Hector Rodriguez, Mouda Mashnouk, and John Rodriguez respectfully request that this civil action be, and is hereby, removed to the United State District Court for the Southern District of Florida, that this Court assume jurisdiction of this civil action, and that this Court enter such other and further orders as may be necessary to accomplish the requested removal.

Dated: October 30, 2017.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via electronic mail to Hugh L. Koerner, Esq. Hugh L. Koerner, P.A. hlklaw@hughkoerner.com, 3475 Sheridan Street, Suite 208, Hollywood, Florida 33021 on this 30th day of October, 2017.

**KOPELOWITZ OSTROW**
**FERGUSON WEISELBERG GILBERT**
*Attorneys for Defendants*
One W. Las Olas Blvd., Suite 500
Fort Lauderdale, Florida  33301
Telephone No. (954) 525-4100
Facsimile No.   (954) 525-4300

By: */s/ Seth D. Haimovitch*
    DAVID L. FERGUSON
    Florida Bar Number:  0981737
    SETH D. HAIMOVITCH
    Florida Bar Number:  0085939
    ALEXIS FIELDS
    Florida Bar Number: 95953
    Ferguson@kolawyers.com
    Haimovitch@kolawyers.com
    Fields@kolawyers.com